**GIROD TITLING TRUST**         \*        **NO. 2024-C-0221**

**VERSUS**         \*        **COURT OF APPEAL**

**HERMES HEALTH**         \*        **FOURTH CIRCUIT**
**ALLIANCE, L.L.C.**

         \*        **STATE OF LOUISIANA**

         \*

         \*

**\* \* \* \* \* \* \***

RLB    BELSOME, J., CONCURS IN THE RESULT.